BARBARA MARIE RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 383103
Waikoloa, HI 96738
Telephone: 808-785-6088
Fax: 808-440-0699
E-Mail: mail@fedlaborlaw.com

Attorney for Plaintiff Devaun Sias

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVAUN SIAS,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-CV-01481-DC-DMC<br><br>STIPULATION AND ORDER FOR AN EXTESION OF TIME FOR PLAINTIFF TO FILE HIS REPLY BRIEF |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the time for Plaintiff to file his Reply brief be extended twenty (20) days from August 26, 2026, up to and including September 15, 2026. This is the first continuance sought by Plaintiff.

Pursuant to the Court's scheduling order, Plaintiff filed his Motion for Summary Judgment on July 13, 2026. Defendant's Cross-Motion for Summary Judgment is due 30 days later on August 12, 2026. Plaintiff's Reply brief is due 14 days later on August 26, 2026.

Plaintiff seeks an extension of time until September 15, 2026, to file his Reply brief. There is good cause for this request. Plaintiff’s counsel will be on vacation and out of the country from August 8, 2026, through

September 5, 2026. This request for an extension of time is made in good faith with no intention to unduly delay the proceedings.

Should the Court approve Plaintiff's request for a 20-day extension of time, the new due date for Plaintiff's Reply brief will be September 15, 2026. The parties further stipulate that the Court's scheduling order be modified accordingly.

Respectfully submitted,

Date: July 30, 2026

"/s/Erin Jurrens"
(As authorized by e-mail on 7/29/2026
ERIN JURRENS
Attorney for Defendant

Date: July 30, 2026

"/s/Barbara Marie Rizzo"
BARBARA MARIE RIZZO
Attorney for Plaintiff

**ORDER**

APPROVED AND SO ORDERED:

Dated: August 4, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE