ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVAUN SIAS,<br>Plaintiff,<br>vs.<br>Commissioner of Social Security,<br>Defendant. | Case No.: 2:26-cv-01481-DC-DMC<br><br>ORDER FOR AN EXTENSION OF TIME |

Defendant requests that the time for him to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from August 12, 2026, up to and including September 14, 2026. This is Defendant's first request for an extension. Through counsel, Defendant asked Plaintiff to stipulate to this request but has not received a response.

Defendant requests this extension to further consider the administrative record given the issues raised in Plaintiff's motion. The undersigned currently has 36 assigned cases as well as planned leave and responsibility for handling fee matters. Thus, it would be disingenuous for the undersigned to assert that she could adequately respond to Plaintiff's arguments without the requested extension of time.

Defendant understands that if his request is granted, the Court's Scheduling Order will be modified accordingly.

Respectfully submitted,

Dated: August 13, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration

By: */s/ Erin Jurrens*
ERIN JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including September 14, 2026, to respond to Plaintiff's Motion for Summary Judgment.

Dated: August 13, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE