UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVAUN SIAS,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 2:26-cv-01481-DC-ICD<br><br>ORDER GIVING EFFECT TO PARTIES' STIPULATION AND REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. Nos. 10, 15) |

On September 8, 2026, the parties filed a stipulation agreeing to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 15.) The parties agree that on remand, "the Appeals Council will direct the Administrative Law Judge to: conduct a new hearing, pursuant to which the Plaintiff may testify and submit additional evidence; consider all of the Plaintiff's impairments in the sequential evaluation process; determine whether the Plaintiff's impairments meet or equal the Listing of Impairments; reevaluate the medical evidence and opinions and all of the other evidence of record; reevaluate the Plaintiff's alleged symptoms and limitations; further develop the record as necessary to complete the administrative record; conduct the sequential evaluation process by reassessing the Plaintiff's residual functional capacity; and issue a new decision." (*Id.* at 1–2.)

Good cause appearing, and pursuant to the parties' stipulation, this case is hereby

remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the parties' stipulation.

The Clerk of the Court is directed to enter final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

In addition, the motion for summary judgment filed by Plaintiff (Doc. No. 10) is denied as having been rendered moot by this order.

IT IS SO ORDERED.

Dated: **September 15, 2026**

Dena Coggins
United States District Judge